UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
               :
TSEN-TSEN JIN,               :
               :
          Movant,   :
               :   24-MC-473 (VEC)
    -against-     :
               :   ORDER
LAFAYETTE COLLEGE,   :
         Respondent.   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 17, 2024, Tsen-Tsen Jin moved to quash Lafayette College's subpoena dated October 11, 2024 (the "Motion"), which requested her deposition and documents related to ongoing litigation between Lafayette College and a third party in the Eastern District of Pennsylvania (the "Underlying Litigation"), *see* Mot., Dkts. 2–5;

      IT IS HEREBY ORDERED that Jin must serve a copy of the Motion and supporting documents on Lafayette College not later than **Tuesday, October 22, 2024**, and file proof of service via ECF not later than **Wednesday, October 23, 2024**.

      IT IS FURTHER ORDERED that Lafayette College must respond to the Motion not later than **Tuesday, November 12, 2024**. Jin may file a reply in support of the Motion not later than **Tuesday, November 19, 2024**.

**SO ORDERED.**

Date:  October 21, 2024
        New York, NY

                                               **VALERIE CAPRONI**
                                               **United States District Judge**