UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TSEN-TSEN JIN,

                              Movant,

                -against-

LAFAYETTE COLLEGE,

                            Respondent.
------------------------------------------------------------------X

24-MC-473 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 30, 2024, Respondent Lafayette College filed a Motion to Transfer this action to the United States District Court for the Eastern District of Pennsylvania (Dkt. 13); and

      WHEREAS Federal Rule of Civil Procedure 45(f) provides, "When the court where compliance [with a subpoena] is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances."

      IT IS HEREBY ORDERED that, not later than **Wednesday, November 13, 2024**, Movant Tsen-Tsen Jin must either (1) file a letter indicating that she consents to transferring this action to the Eastern District of Pennsylvania, or (2) file an opposition to Lafayette College's Motion to Transfer. If she files an opposition, Lafayette College's reply must be filed not later than **Wednesday, November 20, 2024**.

      IT IS FURTHER ORDERED that the Motion to Quash (Dkt. 2) is held in ABEYANCE, and the associated briefing schedule (Dkt. 8) is STAYED, pending this Court's resolution of the Motion to Transfer.

**SO ORDERED.**

Date:  **October 31, 2024**
       **New York, NY**

                                                  **VALERIE CAPRONI**
                                              **United States District Judge**